UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE TERRELL MOORE,

    Plaintiff,

  v.                    Case Number 2:25-CV-10695
                          HONORABLE DENISE PAGE HOOD
                          UNITED STATES DISTRICT JUDGE

JEFF TANNER, et. al.

    Defendants.
_____/

**OPINION AND ORDER SUMMARILY DISMISSING
CIVIL RIGHTS COMPLAINT**

This matter is before the Court on Plaintiff Terrence Terrell Moore's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983.  Plaintiff Moore is a state inmate confined at the Macomb Correctional Facility in Lenox Township, Michigan. Because Plaintiff has been enjoined from filing lawsuits in this Court without first obtaining leave of the Chief Judge, and such leave has not been granted, the Court dismisses the complaint.

On March 23, 2015, the Honorable Arthur J. Tarnow entered an Order enjoining Plaintiff from "filing any new actions in the United States District Court for the Eastern District of Michigan without first applying for and obtaining an order from the Chief Judge authorizing the filing of such lawsuit." *Moore v. People of the*

*State of Michigan*, No. 15-CV-12430, 2015 WL 5817932, at *1 (E.D. Mich. Oct. 6, 2015)(quoting *Terrence Moore v. George Hartley, et al*., No. 09-13536 (E.D. Mich. March 23, 2015)(ECF No. 107). Judge Tarnow did this only:

> "[A]fter Plaintiff's numerous meritless duplicative filings, including the filing of two unsuccessful Fed. R. Civ. P. 60 motions for relief from the judgment of dismissal entered by the court four years earlier, and after the Sixth Circuit had determined that the issues raised by Plaintiff were frivolous[,]."
>
> *Moore v. People of the State of Michigan*, 2015 WL 5817932, at * 1.

In *Moore*, 2015 WL 5817932, at * 1, Chief Judge Gerald E. Rosen denied Plaintiff authorization to file a civil rights complaint. *Id*.

Plaintiff has not alleged or demonstrated that he received permission from Chief Judge Sean F. Cox, the current chief judge of this District, to file this lawsuit. Therefore, the Court finds that Plaintiff is barred from initiating this action and dismisses the complaint. *See Moore v. Piazza, et. al;* No. 2:24-cv-11768 (E.D. Mich. July 25, 2024)(ECF No. 5).

IT IS HEREBY **ORDERED** THAT the complaint (ECF No. 1) is **DISMISSED.** This action is CLOSED on the Court's Docket.

                                             s/Denise Page Hood
                                             United States District Judge

DATED: March 31, 2025